■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DASHAWN L. RUSSELL, Also Known as SHAWN, Appellant. (Appeal No. 2.) [6 NYS3d 511]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered February 15, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Russell* ([appeal No. 1] 128 AD3d 1383 [2015]). Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.